AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>COLE, JEFFREY N. | 2. Court or Organization<br><br>US DISTRICT COURT - ILLINOIS | 3. Date of Report<br><br>05/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL-TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
219 S. DEARBORN STREET
STE 1088
CHICAGO, IL 60604-2025

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **COLE, JEFFREY N.** | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GARLAND TX WTR & SWR 3/1/2022 5.0% | A | Interest | | | Redeemed | 03/01/12 | K | | |
| 2. GULF CST WASTE DISP AU 8/1/2024 6.1% | B | Interest | K | T | | | | | |
| 3. WISC ST TRANS REV 7/1/2012 4.75% | B | Interest | | | Redeemed | 07/01/12 | K | C | |
| 4. ALTRIA GROUP/PHILIP MORRIS INT'L | B | Dividend | J | T | | | | | |
| 5. INTEL CORP | B | Dividend | K | T | | | | | |
| 6. MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 7. TEXAS ST G/O RFDG PUB FIN AUTH 5.0% 10/1/18 | B | Interest | | | Redeemed | 10/01/12 | K | | |
| 8. WAL-MART STORES | A | Dividend | J | T | | | | | |
| 9. SCHWAB VALUE ADVANTAGE FD | A | Dividend | J | T | | | | | |
| 10. SCHWAB INTEREST | A | Dividend | J | T | | | | | |
| 11. BK OF AMERICA | A | Interest | K | T | | | | | |
| 12. MAY DEPT STORES 8.3% DEB 7/15/2026 - IRA | C | Interest | K | T | | | | | |
| 13. EXECUTIVE RISK CAPITAL TR 2/1/2027 8.675% - IRA | C | Interest | K | T | | | | | |
| 14. ACE LTD SER C 7.8% - IRA | C | Interest | K | T | | | | | |
| 15. RESOLUTION FDG CORP GENERIC 10/15/2016 - IRA | E | Interest | K | T | | | | | |
| 16. DUKE CAPITAL SR NOTES 2/15/2013 6.25% - IRA | B | Interest | K | T | | | | | |
| 17. AVON PRODUCTS NT 4.8% 3/1/13 - IRA | A | Interest | K | T | Buy | 05/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LEUCADIA NAT'L 11/15/2013 7.75% - IRA | B | Interest | K | T | | | | | |
| 19. NCNB 7/15/2015 10.2% - IRA | B | Interest | K | T | | | | | |
| 20. NAT'L RURAL UTILITY COOP 10/1/2015 7.2% - IRA | B | Interest | K | T | | | | | |
| 21. ITT HARTFORD GRP DEB 11/1/2015 7.3% - IRA | B | Interest | K | T | | | | | |
| 22. ALLEGIANCE CORP DEB 10/15/2016 7.8% - IRA | B | Interest | K | T | | | | | |
| 23. RYDER SYS DEB 5/15/2017 9.875% - IRA | C | Interest | K | T | | | | | |
| 24. CITICORP CAPITAL 2/15/2027 7.933% - IRA | C | Interest | K | T | | | | | |
| 25. ST PAUL CAPITAL TR PFD 7.6% - IRA | C | Interest | K | T | | | | | |
| 26. TXU CORP - IRA | B | Dividend | K | T | | | | | |
| 27. BAXTER INT'L - IRA | B | Dividend | J | T | | | | | |
| 28. EXXONMOBIL - IRA | B | Dividend | K | T | | | | | |
| 29. HOME DEPOT - IRA | B | Dividend | J | T | | | | | |
| 30. JOHNSON & JOHNSON - IRA | B | Dividend | J | T | | | | | |
| 31. MICROSOFT - IRA | B | Dividend | J | T | | | | | |
| 32. WAL-MART STORES - IRA | B | Dividend | J | T | | | | | |
| 33. WALGREENS - IRA | B | Dividend | J | T | | | | | |
| 34. METRO DC ARPT 10/1/2020 5.375% | B | Interest | | | Redeemed | 07/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HOUSTON TX ARPT SYS REV 7/1/2022 5.0% | B | Interest | | | Redeemed | 07/02/12 | K | | |
| 36. CAMDEN ALA INDL DEV BRD RFD 6.125% 12/1/24 WYERHAEUSER SER A | B | Interest | K | T | | | | | |
| 37. AVAYA | A | Dividend | K | T | | | | | |
| 38. ALLTEL SR NOTES 7/1/2012 7.0% | B | Interest | | | Redeemed | 07/01/12 | K | | |
| 39. POWERWAVE TECHNOLOGIES | | None | J | T | | | | | |
| 40. LEHMAN BROS HLDGS 7.95% | B | Dividend | K | T | | | | | |
| 41. CENTURY TEL SR NT 7.85% | B | Interest | | | Redeemed | 08/15/12 | K | | |
| 42. VALERO ENERGY 6.85% | A | Interest | | | Redeemed | 04/15/12 | K | | |
| 43. CONSTELLATION ENERGY GRP JR SUB DEB 8.625% | B | Interest | K | T | | | | | |
| 44. ALABAMA ST FED AID HWY FIN AUTH 5.0% | A | Interest | | | Redeemed | 03/01/12 | K | B | |
| 45. PUERTO RICO PUN FIN CORP RFDG COMWLTH 5.0% | A | Interest | | | Redeemed | 02/01/12 | K | | |
| 46. TX MUN GAS ACQ SPLY SER A 5.25 % | B | Interest | K | T | | | | | |
| 47. JC PENNY NT 9.0% | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 48. PEPSICO | B | Dividend | J | T | | | | | |
| 49. CBS CORP NEW GTD SR NT 5/15/2014 8.2% | B | Interest | | | Redeemed | 07/11/12 | K | A | |
| 50. CHUBB CORP SR NT 4/1/2013 5.2% | B | Interest | K | T | | | | | |
| 51. GENERAL MILLS NT 9/10/2012 5.654% | B | Interest | | | Redeemed | 09/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WISCONSIN ST SER A 5/1/2021 4.5% | B | Interest | K | T | | | | | |
| 53. BROWARD CNTY FL SCH BD CTFS SER A 7/1/2013 3.5% | A | Interest | K | T | | | | | |
| 54. JOHN DEERE CAP GLOBAL NT 1/15/2013 5.1% | B | Interest | K | T | | | | | |
| 55. NAT'L OILWELL VARCO SR NT 8/15/2015 6.125% | B | Interest | K | T | | | | | |
| 56. PFIZER COM | A | Dividend | | | Sold | 06/06/12 | K | C | |
| 57. PRINCIPAL FINL GRP ST NT 5/15/2014 7.875% | B | Interest | | | Redeemed | 12/20/12 | K | | |
| 58. WASTE MGMT SR NT 11/15/2012 6.375% | B | Interest | | | Redeemed | 11/15/12 | K | | |
| 59. ANHEUSER BUSCH GTD NT 9.75% 11/17/15 | C | Interest | L | T | | | | | |
| 60. ASPEN INS HLDGS SR NT 6.0% 8/15/14 | B | Interest | K | T | | | | | |
| 61. BB&T CORP SUB NT 4.9% 6/30/17 | B | Interest | K | T | | | | | |
| 62. TRANSOCEAN INC SR NT 5.25% 3/15/13 | B | Interest | K | T | | | | | |
| 63. QUEST CORP FXD RT 7.625% 6/15/15 | A | Interest | | | Redeemed | 04/18/12 | K | A | |
| 64. DONNELLEY & SONS CO RR SR NT 5.5% 5/15/15 | A | Interest | | | Redeemed | 03/13/12 | J | A | |
| 65. GATX CORP FXD RT SR NT 4.75% 5/15/15 | B | Interest | K | T | | | | | |
| 66. QUEST CORP NT 7.5% 10/1/14 | B | Interest | K | T | | | | | |
| 67. SEALED AIR CORP NEW SR NT 7.875% 6/15/17 | B | Interest | K | T | | | | | |
| 68. TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ANDARKO PETE CORP SR NT 7.625% 3/15/14 - IRA | B | Interest | K | T | | | | | |
| 70. AMEREM CORP SR NT 8.875% 5/15/14 - IRA | B | Interest | K | T | | | | | |
| 71. BUNGE LTD FIN CORP SR NT 5.1% 7/15/15 - IRA | B | Interest | K | T | | | | | |
| 72. HOSPIRA INC NT 6.4% 5/15/15 - IRA | B | Interest | K | T | Buy | 01/19/12 | K | | |
| 73. WILLIS NO AMERICAN INC SR NT 5.625% 7/15/15 - IRA | B | Interest | K | T | | | | | |
| 74. ENDURANCE SPECIALTY HLDGS LTD SR NT 6.15% 10/15/15 - IRA | B | Interest | K | T | | | | | |
| 75. UNITRIN INC FXD RT SR NT 6.0% 11/30/15 - IRA | B | Interest | K | T | | | | | |
| 76. HORACE MANN EDUCATORS CORP NEW SR NT 6.85% 4/15/16 - IRA | B | Interest | K | T | | | | | |
| 77. ALLIED WORLD ASSURANCE 7.5% 8/1/16 - IRA | B | Interest | K | T | | | | | |
| 78. FIDELITY NAT'L FINC'L NEW SR NT 6.6% 5/15/17 - IRA | A | Interest | K | T | | | | | |
| 79. DREYFUS TREASURY PRIME INV SHS MNY MKT | A | Interest | M | T | | | | | |
| 80. TEMPLETON GLOBAL BD FD ADVISOR - IRA | B | Dividend | L | T | | | | | |
| 81. TEMPLETON GLOBAL BD FD ADVISOR - IRA | C | Dividend | M | T | | | | | |
| 82. DREYFUS TREAS PRIME INV SH - IRA | A | Interest | N | T | | | | | |
| 83. CNA FINCL CORP NT 5.85% 12/15/14 - IRA | A | Interest | K | T | | | | | |
| 84. CENTRAL GOLDTRUST TR UNIT - IRA | | None | K | T | | | | | |
| 85. STAPLES, INC. - IRA | A | Dividend | K | T | Buy | 01/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ANNALY CAP MGMT INC - IRA | A | Dividend | K | T | Buy | 10/08/12 | K | | |
| 87. WALT DISNEY CO NTS 4.5% 12/15/13 | B | Interest | K | T | | | | | |
| 88. DAIMLER INT'L FIN BV 3.75% 6/10/14 | B | Interest | | | Sold | 06/06/12 | K | | |
| 89. JOHNSON & JOHNSON COM | B | Dividend | L | T | | | | | |
| 90. VANGUARD SHT TERM BD INDEX SIGNAL | B | Dividend | M | T | | | | | |
| 91. DIAMLER INT'L FIN BV 4.25% 4/22/14 | | None | K | T | | | | | |
| 92. KOENIGREICH NORWEIGAN BD 6.5% 5/15/13 | B | Interest | K | T | | | | | |
| 93. INTER AMERICAN DEV BK 9.5% 1/6/14 | C | Interest | | | Sold | 02/15/12 | K | | |
| 94. INT'L FINANCE CORP IFC 8.0% 9/17/12 | B | Interest | | | Redeemed | 09/18/12 | K | | |
| 95. FIDELITY FLOATING RATE HI INC | C | Dividend | M | T | | | | | |
| 96. URANIUM PARTN CORP COM | | None | K | T | | | | | |
| 97. TEMPLETON GLOBAL FD ADVISOR | C | Dividend | K | T | | | | | |
| 98. APPLESEED FD | A | Dividend | K | T | Sold (part) | 08/27/12 | J | A | |
| 99. VANGUARD ST BD INDEX SIGNAL | A | Dividend | K | T | | | | | |
| 100. TOTAL CAPITAL EMTN 6.5% 6/4/12 | B | Interest | | | Redeemed | 06/06/12 | K | | |
| 101. BMW FINANCE NV 4.25% 4/15/14 | A | Interest | K | T | | | | | |
| 102. AUSTRALIA NTS 4.75% 11/15/12 | B | Interest | | | Redeemed | 11/15/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. UBS AG AUSTRALIA BRCH NTS 6.25% 8/26/13 | B | Interest | K | T | | | | | |
| 104. WACHOVIA CORP NTS 6.75% 05/25/12 | A | Interest | | | Sold | 02/22/12 | K | B | |
| 105. KING OF SWEDEN 5.5% 10/18/12 | B | Interest | | | Redeemed | 10/09/12 | M | | |
| 106. HYUNDAI CAPITAL SVCS 2.0% 11/27/13 | A | Interest | K | T | | | | | |
| 107. THOMSON CORP DEB 5.2% 12/1/04 | B | Interest | K | T | | | | | |
| 108. AMERISOURCEBERGEN CORP SR NTS 5.625% - 9/15/12 - IRA | | None | | | Matured | 09/15/12 | K | | |
| 109. MARRIOTT INT'L INC NEW NT SER J 5.625% 2/15/13 - IRA | B | Interest | K | T | | | | | |
| 110. COMPUTER SCIENCES CORP SR NTS FIXED RT 5.5% 03/15/13 - IRA | | None | | | Redeemed | 10/19/12 | K | | |
| 111. DELHAZE GRP SR NT - IRA | A | Interest | | | Buy | 05/21/12 | K | | |
| 112. DELHAZE GRP SR NT - IRA | | None | | | Closed | 12/03/12 | K | | |
| 113. MONTPELIER RE HLDGS LTD SR NTS 6.125% 8/15/13 - IRA | A | Interest | | | Closed | 11/15/12 | K | | |
| 114. COMMERCIAL METALS CO SR NTS 5.625% 11/15/13 - IRA | B | Interest | K | T | | | | | |
| 115. AMERICAN EXPRESS CR CORP MED TRM NTS 7.3% 8/20/13 - IRA | B | Interest | K | T | | | | | |
| 116. TELECOM ITALIA CAP SR NTS SER B - IRA | B | Interest | K | T | Buy | 01/04/12 | K | | |
| 117. FIDELITY NAT'L FINL INC NEW SR NTS FXD 6.6% 5/15/17 - IRA | A | Interest | K | T | | | | | |
| 118. ORIX CORP NTS 5.0% 01/12/16 - IRA | B | Interest | K | T | | | | | |
| 119. BEST BUY INC FXD RT NTS 3.75% 03/15/16 - IRA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRANSATLANTIC HLDGS SR NT 5.75% - 12/14/15 - IRA | B | Interest | K | T | Buy | 01/11/12 | K | | |
| 121. AVNET INC NTS 6.625% 9/15/16 - IRA | B | Interest | K | T | | | | | |
| 122. TRANSOCEAN INC SR NTS 1.5% 12/15/37 | A | Interest | | | Closed | 12/17/12 | K | | |
| 123. AVON PRODUCTS INC COM - IRA | A | Dividend | K | T | Buy (add'l) | 01/31/12 | J | | |
| 124. AVON PRODUCTS INC COM - IRA | A | Dividend | K | T | Buy (add'l) | 09/06/12 | J | | |
| 125. CENTRAL GOLDTRUST TR UNIT - IRA | | None | L | T | | | | | |
| 126. NOVARTIS AG ADR - IRA | B | Dividend | L | T | Buy (add'l) | 04/26/12 | K | | |
| 127. SEALED AIR CORP NEW COM - IRA | B | Dividend | K | T | Buy (add'l) | 06/20/12 | K | | |
| 128. STAPLES, INC. - IRA | A | Dividend | J | T | Buy | 05/16/12 | J | | |
| 129. WESTERN UNION CO. COM - IRA | A | Dividend | K | T | Buy | 05/11/12 | K | | |
| 130. WEYERHAEUSER CO - IRA | A | Dividend | | | Sold | 04/03/12 | L | E | |
| 131. CENTRAL FD CDA LTD CL A | A | Dividend | K | T | | | | | |
| 132. WINTERGREEN FD - IRA | A | Dividend | K | T | | | | | |
| 133. SPROTT PHYSICAL GOLD TR UNIT | | None | M | T | | | | | |
| 134. BK OF NEW YORK MELLON CORP. | A | Dividend | K | T | Buy | 10/22/12 | K | | |
| 135. NRPT PPTYS TR SR NT 5.75% 10/30/03 | A | Dividend | K | T | Buy | 02/10/12 | K | | |
| 136. MICROSOFT CORP | A | Dividend | K | T | Buy | 11/16/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  SK TELECOM LTD SPON ADR | A | Dividend | K | T | Buy | 04/03/12 | K | | |
| 138.  SAFEWAY INC FXD RT NT 3.4% 12/1/16 | A | Interest | K | T | Buy | 06/12/12 | K | | |
| 139.  AON CORP C/A 4/2/12 | A | Dividend | | | Buy | 02/03/12 | K | | |
| 140.  AON CORP C/A 4/2/12 | | None | | | Closed | 04/02/12 | K | B | |
| 141.  AVON PROD INC NT 4.8% 3/1/13 | A | Interest | K | T | Buy | 05/10/12 | K | | |
| 142.  AVON PROD INC NT 5.625% 3/1/14 | | None | K | T | Buy | 12/21/12 | K | | |
| 143.  GOOGLE INC CL A | | None | L | T | Buy | 06/01/12 | L | | |
| 144.  NEXEN, INC COM | A | Dividend | K | T | Buy | 03/28/12 | K | | |
| 145.  NEXEN, INC. COM | | None | | | Sold | 07/23/12 | L | E | |
| 146.  ONEBEACON US HLDGS 5.875% 5/15/13 | B | Interest | | | Buy | 02/02/12 | K | | |
| 147.  ONEBEACON US HLDGS 5.875% 5/15/13 | | None | | | Redeemed | 12/12/12 | K | | |
| 148.  TESCO PLC SPON ADR | B | Dividend | K | T | Buy | 03/09/12 | K | | |
| 149.  WESTERN UN CO NT 5.93% 10/1/16 | A | Dividend | K | T | Buy | 12/11/12 | K | | |
| 150.  NABORS INDS LTD | | None | K | T | Buy | 01/18/12 | K | | |
| 151.  WESTERN UNION CO | | None | K | T | Buy | 10/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/06/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JEFFREY N. COLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544